IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:18-CR-14-D-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO TEMPORARILY |
| | ) | AMEND CONDITIONS OF |
| | ) | RELEASE |
| | ) | |
| KIMBERLY JO COLEMAN, | ) | |
| Defendant. | ) | |

THIS MATTER came to be heard upon Motion of Defendant Kimberly Jo Coleman, and the government having no objections to the relief requested, and this Court finding good cause for granting the relief requested;

THEREFORE it is ordered that the conditions of release entered in this case are hereby temporarily amended to designate Timothy Price as the third-party custodian in this case from May 28 through June 20, 2018. During that time period, Ms. Coleman shall be allowed to change residences from Greenville, South Carolina, to Timothy Price's residence in Winnabow, North Carolina. All other conditions of release pursuant to the original Order Setting Conditions of Release entered on March 8, 2018, shall remain in effect.

This the 8 day of May, 2018.

Honorable James C. Dever III
Chief United States District Judge

1