UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:18-CR-14-D-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| KIMBERLY JO COLEMAN, | ) | |
| Defendant. | ) | |

THIS matter coming to be heard upon Motion of Defendant Kimberly Coleman, and this Court finding good cause for granting the relief requested;

THEREFORE it is ORDERED that the Sentencing Memorandum [D.E. 79] is hereby ordered sealed until such time that it is ordered unsealed by this Court.

This the 4 day of October, 2018.

Honorable James C. Dever, III
Chief United States District Judge